■ MAZZARELLA BUILDING CO., INC., Respondent, v LOUP REALTY CORP. et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed as academic. Same memorandum as in *Mazzarella Building Co. v Loup Realty Corp.* (51 AD2d 672). (Appeal from order of Niagara Special Term denying motion to vacate default judgment.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.

■ MAZZARELLA BUILDING CO., INC., Appellant, v LOUP REALTY CORP. et al., Respondents. (Appeal No. 3.)—Order unanimously affirmed. Same memorandum as in *Mazzarella Building Co. v Loup Realty Corp.* (51 AD2d 672). (Appeal from order of Niagara Supreme Court denying motion to vacate default judgment.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.

■ MAZZARELLA BUILDING CO., INC., Appellant, v LOUP REALTY CORP. et al., Respondents. (Appeal No. 4.)—Order unanimously affirmed. Same memorandum as in *Mazzarella Building Co. v Loup Realty Corp.* (51 AD2d 672). (Appeal from order of Niagara Supreme Court directing posting of security bond.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.

■ MAZZARELLA BUILDING CO., INC., Respondent, v LOUP REALTY CORP. et al., Respondents. (Appeal No. 5.)—Appeal unanimously dismissed as academic. Same memorandum as in *Mazzarella Building Co. v Loup Realty Corp.* (51 AD2d 672). (Appeal from order of Niagara Supreme Court continuing stay of execution of judgment.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.